# EXHIBIT A

Target Information Management, Inc

Approved, SCAO

Original - Court
1st copy - Defendant
2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN<br>37th JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | SUMMONS<br>FEW/RT SCF | CASE NO.<br>24-3097 GC |
|---|---|---|

Court address: 8300 Common Rd, Warren, MI 48093

Court telephone no.: 586-574-4951

| Plaintiff's name, address, and telephone no. | v | Defendant's name, address, and telephone no. |
|---|---|---|
| Marwick Williams<br>8452 River Rd<br>Warren MI 48089 | | Navy Federal Credit Union<br>820 Follin Lane st SE<br>Vienna VA 22180 |
| Plaintiff's attorney, bar no., address, and telephone no. | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

- [x] There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
- [ ] There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
- [ ] It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

- [x] This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
- [ ] MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
- [ ] There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
- [ ] A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in [ ] this court, [ ] ______________________ Court, where it was given case number ______________ and assigned to Judge ______________.

The action [ ] remains [ ] is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 04/12/2024 | 07/12/2024 | [signature] |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.



DEFENDANT

**Summons** (3/23) **Case No.** ____________________

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled | Fee<br>$ | |
|---|---|---|---|
| Incorrect address fee<br>$ | Miles traveled | Fee<br>$ | **TOTAL FEE**<br>$ |

____________________
Signature

____________________
Name (type or print)

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

____________________ on ____________________.
Attachments (if any) Date and time

____________________ on behalf of ____________________
Signature

____________________
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

Approved, SCAO | Original - Court | 1st copy - Defendant | 2nd copy - Plaintiff | 3rd copy - Return

| STATE OF MICHIGAN | COMPLAINT | CASE NO. |
|---|---|---|
| 37th JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | Page 1 of 8 pages | 243027GC |

Court address: 8300 Common Rd, Warren, MI 48093

Court telephone no.: (586) 574-4900

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| Marwan Williams<br>8452 Rivard ave<br>Warren MI, 48089 | v | Navy Federal Credit Union<br>820 Follin Lane SE Vienna,<br>VA 22180-4907 |
| Plaintiff's attorney, bar no., address, and telephone no. | | |

Attached

RCVD 37 DIST CRT '24APR 5 AM11:38

April 5 2024
Date

Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE 37TH DISTRICT OF Michigan

Marwan Williams
Plaintiff,
v.
Navy Federal Credit Union
Defendant.

COMPLAINT

Plaintiff Marwan Williams ("Plaintiff"), by and through his undersigned counsel, hereby files this Complaint against Defendant Navy Federal Credit Union ("Defendant"), and alleges as follows:

INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq., and related state laws.

JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because the claims arise under FCRA, 15 U.S.C. § 1681 et seq., which is a federal statute.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because Plaintiff resides in Warren Michigan within this district and accessed/disputed the inaccurate credit reports from Defendant while residing here.

PARTIES

4. Plaintiff Marwan Williams is a consumer who resides within this federal district.

5. Defendant Navy Federal Credit Union is a [corporation/company] that engages in lending.

FACTUAL ALLEGATIONS

6. Upon reviewing his credit report from Defendant, Plaintiff identified the following inaccuracies that violate the FCRA:

a. Violation of FCRA Section 604(a)(1): The information provided does not comply with excluding information not pertaining solely to transactions or experiences between Plaintiff and Defendant.

b. Violation of FCRA Section 604(b)(2): Defendant furnished information for employment purposes without providing Plaintiff a clear written disclosure.

c. Violation of FCRA Section 623(a)(1)(A): Defendant furnished inaccurate information to consumer reporting agencies that was not rectified after Plaintiff's notifications.

d. Violation of FCRA Section 604(c)(2): Defendant failed to promptly notify Plaintiff of declining or rescinding the blocking of information per Section 604(c)(2)(2).

7. Additionally, Defendant's actions may have violated 15 U.S.C. § 1611 (willfully providing false or inaccurate information, failing to disclose required information, or misusing authorized data to understate annual percentage rates) and 18 U.S.C. § 894 (collecting credit through extortionate means).

8. Plaintiff disputed the inaccurate information with Defendant in writing and provided supporting documentation, but Defendant failed to conduct a reasonable investigation and correct the inaccuracies.

9. As a result of Defendant's FCRA violations, Plaintiff has suffered actual damages, including credit denials, emotional distress, and damage to credit reputation.

Your Honor,

With the deepest respect, I approach the court to advocate for equitable redress and acknowledgment of the extensive and profound suffering that has transpired. This case's ramifications surpass mere monetary considerations, profoundly affecting the core of individual well-being, societal integrity, and ecological balance.

Plaintiff also requests that the Court issue an Order and grant Judgment to the Plaintiffs as follows:

Granting Plaintiff statutory, common law, and punitive damages, and applicable pre- and post-judgment interest, in full recompense for damages;

Entering judgment according to the declaratory relief sought;

Granting Plaintiff such other and further relief, including, without limitation, injunctive and equitable relief, as the Court deems just in all the circumstances;

Granting Plaintiff an Incentive or Service Award reflective of the work done in prosecuting this action, the time spent, the effort and hard costs invested, and results obtained, in light of the Court's judgment informed by awards in other similar cases of comparable difficulty and complexity. Mr. Jones serious

harm including, without limitation, psychological, emotional, financial, and reputational harm.

Respectfully,
Marwan Williams

Respectfully submitted,

STATE OF MICHIGAN)
) SS:
COUNTY OF Macomb )

Before me, a Notary Public in and for MACOMB county, Michigan hereby certify that I Marwan Williams , personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly affirmed and says that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 5 day of April, 2024.

Signature

Amanda R Diegel
Printed Name

~~Notary~~

2-8-28
Commission Expiration Date

AMANDA R. DIEGEL
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires Feb. 8, 2028
Acting in the County of Macomb

Def Comp

AFFIDAVIT OF FACTS

I, Marwan Williams, am a resident of the , Warren , County of Macomb, State of Michigan , and do hereby certify, swear or affirm under the penalty of perjury that I am competent to give the following declaration based on my personal knowledge, and that the following statement is true and correct to the best of my knowledge:

I am writing to dispute inaccurate information on my credit report in accordance with the Fair Credit Reporting Act (FCRA) Section 609.Discovered the error on about February 24, 2022.

On or about July 7, 2022, and August 27, 2022, I sent validation of debt letters to your bureau after discovering errors on my credit report.

On January 23, 2023, I requested the original contract associated with the account

On March 21, 2023, I filed a complaint with the Consumer Financial Protection Bureau (CFPB) regarding the unresolved discrepancies on my credit report. Despite these efforts, the errors persist.

On March 31 I received a Letter from Navy Federal stating no error occurred. Specifically, I have observed the following inaccuracies:

On April 7, 2023, my TransUnion report indicated a verified account with a balance of $2215 on a $500 limit, despite the account being closed.

Also on April 7, 2023, my Experian report shows a scheduled payment of $44 against a $500 credit limit, with an amount past due of $43, on an account that has been closed.

On May 24, 2024, my Navy Federal Credit Union (Navy FCU) account balance was reported as $2267

On May 27, 2023, my Transunion report reflected a balance of $2267 on an account that was closed with a credit limit of $500.

| | |
|---|---|
| March 25,2022 | Treatment Letter |
| March 21, 2023 | Complaint Submitted to Consumer Financial Protection Bureau (CFPB) |
| March 31, 2023 | Navy Fed letter |
| May 9 2023 | Transunion |
| Feb 29, 2024 | Transunion |

It is evident that these discrepancies are materially impacting my creditworthiness and financial standing.

Despite my efforts to rectify these errors, including submitting disputes to both your bureau and the CFPB, no resolution has been provided. I've previously requested that you investigate these items as per my rights under FCRA Section 609. I expect prompt action to rectify these inaccuracies and provide me with a corrected credit report reflecting the accurate information.

Enclosed with this letter are copies of relevant documentation, correspondence and proof of disputes filed. Your time has elapsed to correct this matter. I am seeking damages for The defendant's failure to verify the debt before reporting and reporting unverified information to credit reports breached its duty. This breach caused the plaintiff's injury, including loss of reputation, divorce, loss of credit, costs associated with repairing or replacing damaged credit, and loss of business or employment opportunities.

STATE OF MICHIGAN
) SS:
COUNTY OF Macomb

Acknowledged before me in Macomb County, Michigan, on 4-5, 2024 (year) by Marwan Williams who is personally known to me or who has produced by identification.

[signature]
Signature

Amanda R Diegel
Printed Name

AMANDA R. DIEGEL
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires Feb. 8, 2028
Acting in the County of Macomb

Notary

2.8.28
Commission Expiration Date

| | | | |
|---|---|---|---|
| | 3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | G: Collection Account<br>H: Foreclosure | L: Charge Off |

***FED LOAN SERVICING*** ***PO Box 60610 Harrisburg PA 171060610 : 8006992908***

[redacted]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/27/2011 | $3,000 | | | Monthly | 55 | Paid | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/07/2023 | $0 | | | $0 | | | 06/2016 | | | | | | 09/2016 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes After Resolution; Closed or Paid Account/Zero Balance, Student Loan, Fixed Rate

***FED LOAN SERVICING*** ***PO Box 60610 Harrisburg PA 171060610 : 8006992908***

[redacted]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/27/2011 | $1,750 | | | Monthly | 57 | Paid | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/07/2023 | $0 | | | $0 | | | 09/2016 | | | | | | 09/2016 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes After Resolution; Closed or Paid Account/Zero Balance, Student Loan, Fixed Rate

***THE BANK OF MISSOURI*** ***P.O BOX 5236 SIOUX FALLS SD 57117 : 8774806988***

[redacted]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/11/2022 | | $300 | | Monthly | 11 | Paid | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/07/2023 | $0 | | | | $0 | 04/2022 | | 04/2022 | | | | | |

Status - Charge Off, Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account;

| Account History with Status Codes | 07/2022 | 06/2022 | 05/2022 |
|---|---|---|---|
| | L | L | 1 |

***NAVY FEDERAL CU*** ***P.O. BOX 3700 ATTN: CBR DISPUTES MERRIFIELD VA 221193700 : 8888426328***

[redacted]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/26/2021 | $2,561 | $500 | | Monthly | 15 | Closed | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/07/2023 | $2,215 | $43 | 12/2022 | $0 | $44 | 03/2023 | | | | | | | 11/2022 |

Status - 30 - 59 Days Past Due; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes After Resolution, Account Closed By Credit Grantor, Credit Card, Variable/Adjustable Rate;

| Account History with Status Codes | 03/2023 | 12/2022 | 11/2022 | 10/2022 |
|---|---|---|---|---|
| | 1 | 3 | 2 | 1 |

***NAVY FEDERAL CU*** ***P.O. BOX 3700 ATTN: CBR DISPUTES MERRIFIELD VA 221193700 : 8888426328***

[redacted]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/26/2019 | $2,104 | $2,000 | | Monthly | 39 | Paid | | |

(Continued On Next Page)
000002787-DISC Page 11 of 14 3067559071-ASO-0bcb010300000066-04072023

NAVY FEDERAL Credit Union

10312976

March 31, 2023

MARWAN S WILLIAMS
8424 RIVARD AVE
WARREN MI 48089-053

Dear Member,

This letter is to inform you that we have made a final determination regarding your claim.

After a thorough investigation, we have concluded that no error occurred based on account activity. You have the right to request information concerning the investigation and how we arrived at this conclusion.

If you have any questions, please call us toll-free at 1-888-842-6328. If you prefer, you may send us a secure message online at navyfederal.org via our Online Banking service or write to Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000. You may also reach us by fax at 703-206-4085.

Sincerely,

Security Department
Navy Federal Credit Union

Federally insured by NCUA.
© 2015 Navy Federal NFCU 40165-SC-SE042 (9-15)
P.O. Box 3000 Merrifield, VA 22119-3000

...e: $2,571

14% credit usage ⓘ

Credit used: $304 Credit limit: $500

6% 30%

| | | |
|---|---|---|
| BK OF AMER | | |
| Balance | $304 | |
| Balance updated | May 13, 2023 | |
| BK OF MO/TV | | |
| Balance | $0 | |
| Balance updated | Apr 06, 2023 | |
| NAVY FCU | LATE PAYMENT | |
| Balance | $2,267 | |
| Balance updated | May 09, 2023 | |
| NAVY FCU | LATE PAYMENT | |
| Balance | $0 | |
| Balance updated | Nov 19, 2021 | |

3 closed accounts ^

Late payments stay on your report for 7 years, but they typically affect your score less over time.

Installment accounts

Reported: Feb. 29, 2024 Closed

Overview

You're currently using 433% of your account's limit.

Balance $2167 Credit limit $500

Monthly payment $0

Opened Nov. 26, 2021 (2 yrs, 3 mos)

**Payment History**

| | |
|---|---|
| Last payment | Dec. 06, 2023 |
| Current Payment Status | In Collections/Charge-off |
| Amount past due | $2167 |
| Worst Payment Status | No Info |

**Account Details**

| | |
|---|---|
| Account Status | Derogatory |
| Type | Credit Card |
| Responsibility | Individual |
| Remarks | Charged off as bad debt<br>Dispute resolved; customer disagrees |
| Times 30/60/90 days late | 0/0/0 |
| Closed | Nov. 22, 2022 |

**Creditor Information**

NAVY FEDERAL CR UN
PO BOX 3700

**See an error?**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

11:30

WalletHub
wallethub.com

Dashboard Credit Analysis **Credit Report** Score

**Fixed Issue with Pay Status Changed on Closed Account**

Possible Credit Report Error

On Oct 18, 2023, you informed us that the change in pay status on your closed Navy Federal Credit Union Credit Card account is wrong. As a result, we recommended contacting Navy Federal Credit Union immediately for more information. If you also want to dispute this repossession/foreclosure, you can easily do so online.

| | |
|---|---|
| CREDITOR INFO | NAVY FEDERAL CR UN<br>PO BOX 3700<br>MERRIFIELD, VA 22119<br>(800) 336-3333 |
| DATE OPENED | Nov 26, 2021 |
| DATE CLOSED | Nov 22, 2022 |
| PREVIOUS PAYMENT STATUS | Late 60 Days |
| CURRENT PAYMENT STATUS | Late 90 Days |

We have linked this account with the WalletHub page for Navy Federal Credit Union so that you can rate your experience with them. If this is inaccurate, please let us know

My Wallet Offers Identity Cards Loans

OAK STREET HEALTH

26390 Gratiot Ave
Roseville, MI. 48066
(P) 586 221-7020
(F) 586 580-7485

RE: Marwan Williams
D.O.B 08/29/1980

3/25/2022

To whom it may concern:
Mr. Williams is under my medical care. Currently, he is being treated for acute depression. He is doing well with medical therapy. We are monitoring him closely. Please excuse him from work from 3/9/22-3/25/22. Patient is emotionally stable to return to work on 3/28/22.

Kind Regards,

Enaia Nabha MD

Enaia Nabha MD