UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARWAN WILLIAMS,

Plaintiff,

v.

Case No.: 24-cv-11491
U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

NAVY FEDERAL CREDIT UNION,

Defendant.
_____________________________/

**JUDGMENT**

The above-entitled matter having come before the Court, and in accordance with the Order entered on this date;

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of Defendant and against Plaintiff.

KINIKIA ESSIX
CLERK OF THE COURT

BY: s/Marlena Williams
DEPUTY CLERK

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 23, 2024, by electronic and/or ordinary mail.

/s/ Marlena Williams
Case Manager